# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>   Plaintiff,<br><br> v.<br><br>ROBERT BRUNER,<br><br>   Defendant.<br>_____/ | CASE NO. 1:11-cv-00110-AWI -GBC (PC)<br><br>ORDER DENYING MOTION TO COMPEL AS MOOT<br><br>(Doc. 9) |

  Plaintiff Bernard C. Hughes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  February 11, 2011, Plaintiff motioned the Court to proceed in forma pauperis ("IFP") and motioned to compel the Warden to send a copy of the Plaintiff's trust fund account.  (Docs. 8, 9).  On February 24, 2011, the Court granted Plaintiff's motion to proceed in forma pauperis.  (Doc. 10).

  Since the Court has granted Plaintiff's request to proceed in forma pauperis on February 24, 2011, Plaintiff's motion to compel is DENIED as moot.

IT IS SO ORDERED.

Dated:  May 2, 2011               _____
                                UNITED STATES MAGISTRATE JUDGE