IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES, | 1:11-cv-00110-AWI-SAB-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND AND VACATING FINDINGS AND RECOMMENDATIONS |
| vs. | |
| ROBERT BRUNER, | (Docket #19 & #20) |
| Defendant. | |
| _____/ | |

Plaintiff Bernard C. Hughes ("Plaintiff") is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 14, 2012, the Court screened and dismissed Plaintiff's First Amended Complaint and ordered Plaintiff to file a second amended complaint within twenty-one (21) days.  (Doc. #18.)  Plaintiff did not file a second amended complaint within twenty-one (21) days of the order and, on December 17, 2012, the Court issued Findings and Recommendations recommending dismissal of this action for failure to state a claim.  (Doc. #19.)

On December 17, 2012, Plaintiff filed a motion informing the Court that Plaintiff did not receive the Court's November 14, 2012 order until recently due to a change in Plaintiff's address.  (Doc. #20.)  Plaintiff requested additional time to amend his complaint.  On December 26, 2012, Plaintiff filed his Second Amended Complaint.  (Doc. #23.)  On January 2, 2013, Plaintiff filed objections to the Court's December 17, 2012 Findings and Recommendations, on

1  the grounds that Plaintiff did not receive this Court's order to amend in time to comply with the
2  deadlines set forth therein.  (Doc. #24.)
3        Good cause having been demonstrated, the Court will vacate its December 17, 2012
4  Findings and Recommendations and this action will proceed on Plaintiff's Second Amended
5  Complaint filed on December 26, 2012.  Plaintiff's Second Amended Complaint will be
6  screened by the Court pursuant to 28 U.S.C. § 1915A on a later date.
7        Based on the foregoing, it is HEREBY ORDERED that:
8      1.    The Court's December 17, 2012 Findings and Recommendations are
9          VACATED;
10     2.    Plaintiff's December 17, 2012 motion is GRANTED; and
11     3.    This action shall proceed on Plaintiff's Second Amended Complaint, filed on
12         December 26, 2012.

14  IT IS SO ORDERED.
15  Dated:    **January 8, 2013**                    /s/ **Stanley A. Boone**
                                                    UNITED STATES MAGISTRATE JUDGE