# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT BRUNER,<br><br>       Defendant.<br>_____/ | CASE NO. 1:11-cv-00110-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING DENYING PLAINTIFF'S MOTION FOR A COURT ORDER<br><br>(ECF Nos. 22 & 27) |

    Plaintiff Bernard C. Hughes, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 21, 2011. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On December 26, 2012, Plaintiff filed a motion for an order to return legal documents. (ECF No. 22.) On February 22, 2013, the Magistrate Judge issued a findings and recommendations recommending denying Plaintiff's motion. (ECF No. 27.) Plaintiff did not file any objections to the findings and recommendations.

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, it is HEREBY ORDERED that the Court adopts the findings and recommendations filed on February 22, 2013, in full. Plaintiff's motion for a court order to return legal documents is DENIED.

IT IS SO ORDERED.

Dated:   March 26, 2013

                                                       SENIOR DISTRICT JUDGE