1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6   BERNARD C. HUGHES,                          CASE NO. 1:11-cv-00110-AWI-SAB (PC)

7                          Plaintiff,            ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS, RECOMMENDING
8         v.                                    DENYING PLAINTIFF'S MOTION FOR A
                                                COURT ORDER
9   ROBERT BRUNER,
                                                (ECF Nos. 22 & 27)
10                         Defendant.

11   _____/

12        Plaintiff Bernard C. Hughes, a state prisoner proceeding pro se and in forma pauperis, filed

13   this civil rights action pursuant to 42 U.S.C. § 1983 on January 21, 2011. The matter was referred

14   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

15        On December 26, 2012, Plaintiff filed a motion for an order to return legal documents. (ECF

16   No. 22.)  On February 22, 2013, the Magistrate Judge issued a findings and recommendations

17   recommending denying Plaintiff's motion. (ECF No. 27.)  Plaintiff did not file any objections to the

18   findings and recommendations.

19        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.

20   Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

21   supported by the record and by proper analysis.

22        Accordingly, it is HEREBY ORDERED that the Court adopts the findings and

23   recommendations filed on February 22, 2013, in full.  Plaintiff's motion for a court order to return

24   legal documents is DENIED.

25

26   IT IS SO ORDERED.

27
     Dated:    March 26, 2013                    _____
28                                               SENIOR  DISTRICT  JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28